## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

KENNETH GOOCH                                          PETITIONER
Reg. #46933-044

V.                          No. 2:23-CV-140-BSM-JTR

C. GARRETT, Warden,
FCI-Forrest City                                      RESPONDENT

## RECOMMENDED DISPOSITION

The following Recommended Disposition has been sent to United States District Judge Brian Miller. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the date of this Recommendation. If you do not file objections, Judge Miller may adopt this Recommendation without independently reviewing all of the evidence in the record. By not objecting, you may also waive any right to appeal questions of fact.

### I.  Introduction

On June 28, 2023, Petitioner Kenneth Gooch filed a *pro se* 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus while in custody at the Federal Correctional Institute in Forrest City, Arkansas ("FCI-Forrest City") and a Brief in Support. *Docs. 1, 2.*

On July 6, 2023, the Court gave Gooch thirty (30) days to either "(1) file the completed Application [to proceed *in forma pauperis*], including the Certificate of Prisoner Accounts; **or** (2) pay the $5.00 filing fee, in full." *Doc. 3 at 2*. The Court advised Gooch that if he failed "to timely and properly comply with this Order," his habeas action may "be dismissed, without prejudice, pursuant to Local Rule 5.5(c)(2)." *Id.*

As of the date of this Recommended Disposition, Gooch has neither filed a proper application to proceed *in forma pauperis* nor paid the $5.00 filing fee, in full. The time to do so has passed. Accordingly, dismissal without prejudice is appropriate under Local Rule 5.5(c)(2). Thus, the Court recommends that this case be dismissed, without prejudice, due to Gooch's failure to comply with Local Rule 5.5(c)(2).

## II. Conclusion

1.    Gooch's 28 U.S.C. § 2241 Petition for a Writ of Habeas Corpus be DISMISSED, without prejudice; and

2.    A Certificate of Appealability be DENIED pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases.

DATED this 17th day of August, 2023.

_____
UNITED STATES MAGISTRATE JUDGE