# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**KENNETH GOOCH**                                                                       **PETITIONER**
*Reg #46933-044*

v.                              **CASE NO. 2:23-CV-00140-BSM**

**C. GARRETT, Warden,**
**FCI-Forrest City**                                                                    **RESPONDENT**

## ORDER

After careful review of the record, United States Magistrate Judge J. Thomas Ray's recommended disposition [Doc. No. 4] is adopted. Kenneth Gooch's petition for a writ of habeas corpus [Doc. No. 1] is dismissed without prejudice and a certificate of appealability is denied.

IT IS SO ORDERED this 7th day of September, 2023.

_____
UNITED STATES DISTRICT JUDGE