IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**KENNETH GOOCH**                                                                    **PETITIONER**
*Reg #46933-044*

v.                               CASE NO. 2:23-CV-00140-BSM

**C. GARRETT, Warden,**
**FCI-Forrest City**                                                                 **RESPONDENT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 7th day of September, 2023.

_____
UNITED STATES DISTRICT JUDGE